Friday, September 3, 1999

## DISCIPLINARY DOCKET

**97–2186. Cuyahoga Cty. Bar Assn. v. Chandler.**
(Corrected order, originally filed June 29, 1999): On April 22, 1998, this court indefinitely suspended respondent, Everett Alfred Chandler, from the practice of law pursuant to Gov.Bar R. V(6)(B)(2). On March 29, 1999, this court, *sua sponte*, ordered respondent to show cause why he should not be found in contempt for failure to comply with this court's April 22, 1998 order, to wit, failure to surrender his Certificate of Admission and failure to file an affidavit of compliance on or before May 22, 1998. Respondent did not respond to the show cause order. On May 12, 1999, movant, Disciplinary Counsel, filed a motion for order to appear and show cause, requesting the court to issue an order directing respondent to appear and show cause why he should not be found in contempt for his failure to comply with this court's April 22, 1998 order. Upon consideration thereof,

IT IS ORDERED by the court, *sua sponte*, that, in regard to the show cause order issued by this court on March 29, 1999, respondent appear in person before this court on Wednesday, July 28, 1999, at 9:00 a.m.

IT IS FURTHER ORDERED by the court that movant's motion be and hereby is, granted, and that respondent show cause why he should not be found in contempt for failure to obey this court's April 22, 1998 order, by filing a written response with the court at or before 9:00 a.m. on July 28, 1999.

IT IS FURTHER ORDERED, *sua sponte*, that all documents filed with this court in this case shall meet the filing requirements set forth in the Rules of Practice of the Supreme Court of Ohio, including requirements as to form, number, and timeliness of filings.

IT IS FURTHER ORDERED that the Clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(8)(D)(1).

DOUGLAS, J., would order respondent to show cause.

**97–2186. Cuyahoga Cty. Bar Assn. v. Chandler.**
On April 22, 1998, this court indefinitely suspended respondent, Everett Alfred Chandler, from the practice of law pursuant to Gov.Bar R. V(6)(B)(2). On March 29, 1999, this court, *sua sponte*, ordered respondent to show cause why he should not be found in contempt for failure to comply with this court's April 22, 1998 order, to wit, failure to surrender his Certificate of Admission and failure to file an affidavit of compliance on or before May 22, 1998. Respondent did not respond to the show cause order. On May 12, 1999, movant, Disciplinary Counsel, filed a motion for order to appear and show cause, requesting the court to issue an order directing respondent to appear and show cause why he should not be found in contempt for his failure to comply with this court's April 22, 1998 order. On June 29, 1999, this court, *sua sponte*, ordered that, in regard to the show cause order issued by this court on March 29, 1999, respondent appear in person before this court on Wednesday, July 28, 1999, at 9:00 a.m. The court further granted movant's motion and ordered respondent to show cause why he should not be found in contempt for failure to obey this court's April 22, 1998 order, by filing a written response with the court at or before 9:00 a.m. on July 28, 1999. Respondent did not appear before the court or file a written response to the show cause order on July 28, 1999. Upon consideration thereof,

IT IS HEREBY ORDERED by the court, *sua sponte*, that a warrant be issued to the Sheriff of Cuyahoga County for the arrest of respondent, Everett Alfred Chandler, Attorney Registration No. 0030888, last known business address in Cleveland, Ohio.

IT IS FURTHER ORDERED by the court, *sua sponte*, that the Clerk of the Supreme Court be, and hereby is, authorized to release to the appropriate law enforcement officials any information concerning the respondent that might otherwise be confidential, including but not limited to respondent's Social Security number, for the purpose of facilitating execution of the warrant issued for the arrest of respondent.

IT IS FURTHER ORDERED, *sua sponte*, that all documents filed with this court in this case shall meet the filing requirements set forth in the Rules of Practice of the Supreme Court of Ohio,

including requirements as to form, number, and timeliness of filings.

IT IS FURTHER ORDERED, *sua sponte*, that service shall be deemed made on respondent by sending this order, and all other orders in this case, by certified mail to the most recent address respondent has given to the Attorney Registration Office.

IT IS FURTHER ORDERED that the Clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(8)(D)(1).

DOUGLAS, J., would find respondent in contempt.

*Tuesday, September 7, 1999*

## MOTION DOCKET